### No. 13,597
### Orleans

## SUCCESSION OF L'ENGLE

(November 17, 1930. Opinion and Decree.)

Paul W. Maloney, of New Orleans, attorney for movers in rule and appellee.

N. E. Simoneaux, of New Orleans, attorney for respondent in rule and appellant.

WESTERFIELD, J. The judgment appealed from is affirmed on the authority of the Succession of Jacob Koppel, No. 13,569, decided by this court October 20, 1930.

HIGGINS, J., takes no part.